IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REGINALD J. BOUIE, JR.,
    Petitioner,

vs.                                          Case No.  3:10cv199/LAC/CJK

SECRETARY, DEPARTMENT OF
CORRECTIONS,
    Respondent.
_____

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 31, 2012. (Doc. 30). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The amended petition for writ of habeas corpus (doc. 4), challenging petitioner's conviction and sentence in *State of Florida v. Reginald J. Bouie, Jr.* in the Circuit Court for Escambia County, Florida, Case No. 03-277 is DENIED, and the clerk is directed to close the file.

3. A certificate of appealability is DENIED.

DONE AND ORDERED this 19th day of September, 2012.


                    s/*L.A. Collier*
                    LACEY A. COLLIER
                    SENIOR UNITED STATES DISTRICT JUDGE